<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

Debtor   **FORO CREATIVO, INC**

United States Bankruptcy Court for the **District of Puerto Rico**

Case number
(If known)

</td></tr>
</table>

Check if this is:
- ☐ An amended filing

Chapter you are filing under:
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**

FORO CREATIVO, INC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

66-0518966

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **PUERTO NUEVO** | **PO BOX 11960** |
| Number   Street | Number   Street |
| **1576 ENCARNACION 2nd FLOOR** | |
| **San Juan PR 00920** | **San Juan PR 00922** |
| City, State, ZIP Code | City, State, ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **San Juan** | N/A |
| County | |

**5. Debtor's website (URL)**

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other: Specify **N/A**

Debtor   FORO CREATIVO, INC                                                          Case number:

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11. *Check all that apply:*
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925.00 (amount subject to adjustment on (04/13) and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- [x] No
- [ ] Yes   District **N/A**          When _____   Case number _____
                                      MM/DD/YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [x] No
- [ ] Yes   Debtor **N/A** _____                        Relationship _____

   District _____   When _____   Case number _____
                         MM/DD/YYYY

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   FORO CREATIVO, INC                                                      Case number:

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention.

---

| Part 2: | Statistical and administrative information |
|---------|--------------------------------------------|

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000 - 5,000 | ☐ 25,001 - 50,000 |
| ☒ 50-99 | ☐ 5,001 - 10,000 | ☐ 50,001 - 100,000 |
| ☐ 100-199 | ☐ 10,001 - 25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☒ $0 to $50,000 | ☐ $1,000,000 to $10 million | ☐ $500,000,000 to $1 billion |
| ☐ $50,001 to $100,000 | ☐ $10,000,001 to $50 million | ☐ $1,000,000,001 to $10 billion |
| ☐ $100,001 to $500,000 | ☐ $50,000,001 to $100 million | ☐ $10,000,000,001 to $50 billion |
| ☐ $500,001 to $1 million | ☐ $100,000,001 to $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 to $50,000 | ☐ $1,000,001 to $10 million | ☐ $500,000,001 to $1 billion |
| ☐ $50,001 to $100,000 | ☐ $10,000,001 to $50 million | ☐ $1,000,000,001 to $10 billion |
| ☒ $100,001 to $500,000 | ☐ $50,000,001 to $100 million | ☐ $10,000,000,001 to $50 billion |
| ☐ $500,001 to $1 million | ☐ $100,000,001 to $500 million | ☐ More than $50 billion |

---

| Part 3: | Request for Relief, Declaration, and Signatures |
|---------|--------------------------------------------------|

**WARNING**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ JORGE GARCIA                                                    12/31/2015

PRESIDENT, authorized representative of FORO CREATIVO, INC          MM/DD/YYYY

---

**18. Signature of Attorney**

/s/ WILBERT LOPEZ MORENO _____   12/31/2015 ____
Attorney for Debtor(s)                                              MM/DD/YYYY

**WILBERT LOPEZ MORENO** _____
Printed name
**WILBERT LOPEZ MORENO P.S.C.** _____
Firm name
**1272 AVE JESUS T PINERO** _____
Number   Street

_____

**San Juan PR 00921** _____
City, State, ZIP Code

**787-793-5790** _____   **wilbert_lopez@yahoo.com** _____
Contact phone                           Email address
**202707** _____
Bar number

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor      **FORO CREATIVO, INC**

United States Bankruptcy Court for the **District of Puerto Rico**

Case number
(If known)

☐ Check if this is an amended
filing

<u>Official Form 206Sum</u>
# Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets -- Real and Personal Property* **(Official Form 206A/B)**

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................... $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................. $2,407.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................................. $2,407.00

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 206D)**
   Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D.............................................. $0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* **(Official Form 206E/F)**

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.................................................. $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*......................... $135,485.00

4. **Total liabilities** ........................................................................................................................ $135,485.00

**Fill in this information to identify the case:**

Debtor  **FORO CREATIVO, INC**

United States Bankruptcy Court for the **District of Puerto Rico**

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets — Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1.  Does the debtor have any cash and cash equivalents?**
 ☒ No. Go to part 2.
 ☐ Yes. Fill in the information below.

| Part 2: | Deposits and prepayments |
|---|---|

**6.  Does the debtor have any deposits and prepayments?**
 ☐ No. Go to part 3.
 ☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**7.  Deposits, including security deposits and utility deposits** *(include description and name of holder of deposit)*

   7.1   CHECKING ACCOUNT-BPPR           $37.00

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** *(identify description and name of holder of prepayment)*

   (None)

**9.  Total of Part 2.**
 Add lines 7 through 8. Copy the total to line 81.          $37.00

| Part 3: | Accounts receivable |
|---|---|

**10.  Does the debtor have any accounts receivable?**
 ☒ No. Go to part 4.
 ☐ Yes. Fill in the information below.

| Part 4: | Investments |
|---|---|

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   FORO CREATIVO, INC                                           Case number:

**13. Does the debtor have any investments?**
- ☒ No. Go to part 5.
- ☐ Yes. Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor have any inventory, excluding agriculture assets?**
- ☐ No. Go to part 6.
- ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| INVENTORY- GROOPANDA | 12/15/2015 | $400.00 | | $400.00 |
| **20. Work in progress** | | | | |
| (None) | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| (None) | | | | |
| **22. Other inventory or supplies** | | | | |
| (None) | | | | |

**23. Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.                                     $400.00

**24. Is any of the property listed in Part 5 perishable?**
- ☒ No
- ☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☒ No
- ☐ Yes. Book value , valuation method(s) , current value

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor have any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☒ No. Go to part 7.
- ☐ Yes. Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor have any office furniture, fixtures, and equipment; and collectibles?**
- ☐ No. Go to part 8.
- ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1   4 DESK ( $50.00 EACH) | $200.00 | | $200.00 |
| 39.2   4 SECRETARY CHAIRS ( $30.00 EACH) | $120.00 | | $120.00 |

Official Form 206A/B                  Schedule A/B: Assets — Real and Personal Property                  Page 2

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   FORO CREATIVO, INC                                                    Case number:

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **40.  Office fixtures** | | | |
| (None) | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  3 LAPTOPS ASUS ($200.00 EACH) | $600.00 | | $600.00 |
| 41.2  4 COMPUTER MONITOR ACER ( $75.00 EACH | $300.00 | | $300.00 |
| 41.3  2 PERSONAL COMPUTER DELL 755 ( $150.00 EACH) | $300.00 | | $300.00 |
| 41.4  2 PERSONAL COMPUTER HP 500B ( $175.00 EACH | $350.00 | | $350.00 |
| 41.5  2 PRINTERS ( $50.00 EACH) | $100.00 | | $100.00 |
| **42.  Collectibles** *Examples:* **Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles** | | | |
| (None) | | | |
| **43.  Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | $1,970.00 |

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:       Machinery, equipment, and vehicles**

**46.  Does the debtor have any machinery, equipment, and vehicles?**
☒ No. Go to part 9.
☐ Yes. Fill in the information below.

**Part 9:       Real property**

**54.  Does the debtor have any real property?**
☒ No. Go to part 10.
☐ Yes. Fill in the information below.

**Part 10:      Intangibles and Intellectual Property**

**59.  Does the debtor have any intangibles and intellectual property?**
☒ No. Go to part 11.
☐ Yes. Fill in the information below.

**Part 11:      any other assets that have not yet been reported on this form**

**70.  Does the debtor have any any other assets that have not yet been reported on this form?**
☒ No. Go to part 12.
☐ Yes. Fill in the information below.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash and cash equivalents** *Copy line 5, Part 1.* ....................... | | |
| 81. **Deposits and prepayments** *Copy line 9, Part 2*........................... | $37.00 | |
| 82. **Accounts receivable** *Copy line 12, Part 3*.................................. | | |
| 83. **Investments** *Copy line 17, Part 4*............................................ | | |
| 84. **Inventory** *Copy line 23, Part 5.* ...................................... | $400.00 | |
| 85. **Farming and fishing-related assets** *Copy line 33, Part 6.* .......... | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles** *Copy line 43, Part 7*........................................................... | $1,970.00 | |
| 87. **Machinery, equipment, and vehicles** *Copy line 51, Part 8.* ........ | | |
| 88. **Real property** *Copy line 56, Part 9.* .............................................. | | |
| 89. **Intangibles and Intellectual Property** *Copy line 66, Part 10*....... | | |
| 90. **All other assets** *Copy line 78, Part 11*.......................................... | | |
| 91. **Total.** Add lines 80 through 90 for each column. ......................... | $2,407.00 | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add the two entries on line 91........................................................ | | $2,407.00 |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| Debtor | **FORO CREATIVO, INC** |
| --- | --- |
| United States Bankruptcy Court for the | **District of Puerto Rico** |
| Case number (If known) | |

☐ Check if this is an amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:**     **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** Creditor's name

N/A

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred:**

**Last 4 digits of account number:**

**If multiple creditors have an interest in the same property,** specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

N/A

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. *Fill out Schedule H: Codebtors* (Official Form 206H).

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the additional pages, if any.**

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor **FORO CREATIVO, INC**

United States Bankruptcy Court for the **District of Puerto Rico**

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 206EF
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**       **List All Creditors with PRIORITY Unsecured Claims**

1.    **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**
  ☒  No. Go to Part 2.
  ☐  Yes.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   FORO CREATIVO, INC   Case number:

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more creditors with priority unsecured claims than will fit on this page, fill out and attach additional pages.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**   **Nonpriority creditor's name and mailing address**

5.4 SPA
URB MONTEMAR 8
Aguada, PR  00602

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$832.00

---

**3.2**   **Nonpriority creditor's name and mailing address**

AGELORUM MED
BO BRENAS
CARR 693 171
Dorado, PR  00646

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,558.00

---

**3.3**   **Nonpriority creditor's name and mailing address**

AJIMIJITO RESTAURANT
BO DONA ELENA ABAJO
CARR 167 KM 1.7
Comerio, PR  00782

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,907.00

---

**3.4**   **Nonpriority creditor's name and mailing address**

AVENTURA CUEVA VENTANA
BO HATO VIEJO
CARR 10 KM 7.5
Arecibo, PR  00612

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,990.00

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   FORO CREATIVO, INC   Case number:

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

| | Amount of claim |
|---|---|

**3.5** **Nonpriority creditor's name and mailing address**

AVIONES RESTAURANT
BO HELECHAL
CARR 143 KM 5.7
Barranquitas, PR  00794

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$689.00

---

**3.6** **Nonpriority creditor's name and mailing address**

BASIL PIZZA
EDIF BORINQUE TOWERS II
AVE ROOSEVELT LOCAL 28
San Juan, PR  00920

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,043.00

---

**3.7** **Nonpriority creditor's name and mailing address**

BIODERMAL AESTHETIC
161 EDIF  PONCE DE LEON
SUITE 206
San Juan, PR  00927

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,840.00

---

**3.8** **Nonpriority creditor's name and mailing address**

CARIBE ADVENTURE
CARR 111 INT 602
Angeles, PR  00611

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,012.00

---

Debtor  FORO CREATIVO, INC  Case number:

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

| | Amount of claim |
|---|---|

**3.9**  **Nonpriority creditor's name and mailing address**

CENTRO DENTAL FAMILIAR
CENTRO COMERCIAL LAS CUMBRES
LOCAL 3
San Juan, PR  00926

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,973.00

---

**3.10**  **Nonpriority creditor's name and mailing address**

CLUB CALA
50 CUB CALA DRIVE
Humacao, PR  00792

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,353.00

---

**3.11**  **Nonpriority creditor's name and mailing address**

CORAL BY THE SEA
2 CALLE ROSA
Carolina, PR  00979

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$896.00

---

**3.12**  **Nonpriority creditor's name and mailing address**

COUNTRY CLUB PET SHOP
COUNTRY CLUB
GJ 6 AVE CAMPO RICO
Carolina, PR  00982

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,035.00

---

**3.13**  **Nonpriority creditor's name and mailing address**

CUPEY BOWLING
359 AVE SAN CLAUDIO ESQ CARR 176
San Juan, PR  00926

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,998.00

---

Debtor   FORO CREATIVO, INC   Case number:

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

| | | **Amount of claim** |
|---|---|---|

**3.14** **Nonpriority creditor's name and mailing address**

DANDY ESTETICA LASER
54 CALLE BETANCES
Aguadilla, PR  00603

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$880.00

---

**3.15** **Nonpriority creditor's name and mailing address**

DRAGON CAR PERFORMANCE
MC 6 AVE ITURREGUI
LOCAL 1
Carolina, PR  00982

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,722.00

---

**3.16** **Nonpriority creditor's name and mailing address**

ECO AVENTURA MONTANA
CARR 111 KM 48.1
Angeles, PR  00611

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,402.00

---

**3.17** **Nonpriority creditor's name and mailing address**

EL BUEN MOFONGO
CARR 2 KM 68.2
Arecibo, PR  00612

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$864.00

---

**3.18** **Nonpriority creditor's name and mailing address**

EL RINCON QUE NO CONOCES
PLAZA OLMEDO
AVE LOMAS VERDES
Bayamon, PR  00956

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$951.00

---

Debtor   FORO CREATIVO, INC                                                      Case number:

|  | Amount of claim |
|---|---|

**3.19 Nonpriority creditor's name and mailing address**

ESSENCE DANCE
PAGAN BUILDING PLAZA STE B 1
57 CALLE LOIZA
San Juan, PR  00913

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,052.00

---

**3.20 Nonpriority creditor's name and mailing address**

EURO BOUTIQUE
98 AVE FDEZ JUNCOS
PIER 8
San Juan, PR  00906

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,292.00

---

**3.21 Nonpriority creditor's name and mailing address**

EURODERM SPA
EDIF CONDADO REAL
142 CALLE DEL PARQUE
San Juan, PR  00911

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,933.00

---

**3.22 Nonpriority creditor's name and mailing address**

FUN CAT SAILING CATAMARAN
VILLA MARINA PIER D
Fajardo, PR  00738

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,650.00

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   FORO CREATIVO, INC                                                   Case number:

|  | Amount of claim |
|---|---|

**3.23** **Nonpriority creditor's name and mailing address**

GO HIKING
P O BOX 578
Barranquitas, PR  00794

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,341.00

---

**3.24** **Nonpriority creditor's name and mailing address**

GOLDEN CHOPSTICKS REST
EDIF ASTOR LOCAL 1 B
1018 AVE ASSFORD
San Juan, PR  00907

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$780.00

---

**3.25** **Nonpriority creditor's name and mailing address**

HACIENDA RECREATIVA MAR CHIQUITA
TIERRAS NUEVAS
CARR 685 KM 5.2
Manati, PR  00674

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,147.00

---

**3.26** **Nonpriority creditor's name and mailing address**

HADASSA SALON
652 AVE SAN PATRICIO
Guaynabo, PR  00969

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,094.00

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   FORO CREATIVO, INC                                                                Case number:

|  | Amount of claim |
|---|---|

**3.27** **Nonpriority creditor's name and mailing address**

HOTEL PERISHIS
JOYUDA
CARR 102 KM 14.3
Cabo Rojo, PR  00623

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,195.00

---

**3.28** **Nonpriority creditor's name and mailing address**

HOTTLES FRESH FOOD
REPT RODRIGUEZ EMA SOLER 11
AVE ISLA VERDE
Carolina, PR  00979

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,448.00

---

**3.29** **Nonpriority creditor's name and mailing address**

JUNGLEQUI
BO BARCELONA
CARR 191
Rio Grande, PR  00745

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,935.00

---

**3.30** **Nonpriority creditor's name and mailing address**

JZ VACATION
P O BOX 226336
Miami, FL  33222

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,779.00

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   FORO CREATIVO, INC   Case number:

| | Amount of claim |
|---|---|

**3.31** **Nonpriority creditor's name and mailing address**

KAYAK ADVENTURE
EMBARCADERO LAGO DOS BOCAS
CARR 123
Angeles, PR  00611

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,022.00

---

**3.32** **Nonpriority creditor's name and mailing address**

LAS BAMBUAS GOLF COURSE
P O BOX 366638
San Juan, PR  00936

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$937.00

---

**3.33** **Nonpriority creditor's name and mailing address**

LASSE ESTHETIC CENTER
TORRE PLAZA LAS AMERICAS
SUITE 612 PISO 6
San Juan, PR  00918

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,054.00

---

**3.34** **Nonpriority creditor's name and mailing address**

LIBRAS STEAKHOUSE
17 AVE ISLA VERDE
Carolina, PR  00979

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,941.00

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   FORO CREATIVO, INC                                                    Case number:

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

| | Amount of claim |
|---|---|

**3.35** **Nonpriority creditor's name and mailing address**

MAMBRU AUTO SERVICE
URB VILLA REAL
G 3 CALLE 5
Vega Baja, PR  00693

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,297.00

---

**3.36** **Nonpriority creditor's name and mailing address**

MARIMER FREIRE
201 DORADO DEL MAR BOULEVARD
Dorado, PR  00646

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$971.00

---

**3.37** **Nonpriority creditor's name and mailing address**

MI SALON SALA DE BELLEZA
CAGUAS NORTE
AB 13 CALLE NEBRASKA
Caguas, PR  00725

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,152.00

---

**3.38** **Nonpriority creditor's name and mailing address**

MONTEFRIO PARQUE FAMILIAR
BO MINILLAS
CARR 831 KM 6.5
Bayamon, PR  00956

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,463.00

| | Amount of claim |
|---|---|

**3.39**  **Nonpriority creditor's name and mailing address**

PASEO VETERINARY
CARR 199 KM 15.4
326 CUPEY
San Juan, PR  00926

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,825.00

---

**3.40**  **Nonpriority creditor's name and mailing address**

PAY PAL
2211 N 1st ST
San Jose, CA  95131

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.41**  **Nonpriority creditor's name and mailing address**

PR NATURE AND ADVENTURE
1221 AVE JESUS T PINERO
San Juan, PR  00920

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,529.00

---

**3.42**  **Nonpriority creditor's name and mailing address**

PURE ADVENTURE
CARR 987 KM 5
Ceiba, PR  00735

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,135.00

---

**3.43**  **Nonpriority creditor's name and mailing address**

RACKSPACE
1 FANATICAL PLACE
CITY OF WINDCREST
San Antonio, TX  78218

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   FORO CREATIVO, INC                                                Case number:

|  | Amount of claim |
|---|---|

**3.44** **Nonpriority creditor's name and mailing address**

RANCHO JULIO ROSA
CARR 111 KM 52.2
Utuado, PR  00641

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒   No
☐   Yes

$12,231.00

---

**3.45** **Nonpriority creditor's name and mailing address**

RED GINGER
EL SENORIAL
147 AVE WINSTON CHURCHILL
San Juan, PR  00926

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒   No
☐   Yes

$1,363.00

---

**3.46** **Nonpriority creditor's name and mailing address**

REST HISTORICO PUENTE
999 CALLE LA ESTACION
RAMAL 4484 KM 1.9
Quebradillas, PR  00678

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒   No
☐   Yes

$4,210.00

---

**3.47** **Nonpriority creditor's name and mailing address**

SAL PA FUERA SOUTH BEACH
2442-2444 CALLE LOIZA
THE PLAZA SHOPPING CENTER
San Juan, PR  00913

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒   No
☐   Yes

$1,004.00

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   FORO CREATIVO, INC                                                      Case number:

|  | Amount of claim |
|---|---|

**3.48** **Nonpriority creditor's name and mailing address**

SENDGRID
1401 WALNUT ST 500
Boulder, CO  80302

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.49** **Nonpriority creditor's name and mailing address**

TONITOS AUTO CORP
BO FRAILES LLANO
CARR 169 KM 5.2
Guaynabo, PR  00970

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,033.00

---

**3.50** **Nonpriority creditor's name and mailing address**

VIP MEDIA
289 AVE JESUS T PINERO
San Juan, PR  00918

**Date or dates debt was incurred:** UNKNOWN

**Last 4 digits of account number:**

**As of the petition date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Supplier/Vendor

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,727.00

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   FORO CREATIVO, INC                                                                                    Case number:

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page

| Name and address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Official Form 206EF                      Schedule E/F: Creditors Who Have Unsecured Claims                      Page 14

**Part 4:**　　　**Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.　Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|---|---|
| 5a.　Total claims from Part 1 ............................................................................................................. | $0.00 |
| 5b.　Total claims from Part 2 ............................................................................................................. | $135,485.00 |
| 5c.　Total of Parts 1 and 2<br>Lines 5a + 5b = 5c ....................................................................................................... | $135,485.00 |

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor    **FORO CREATIVO, INC**

United States Bankruptcy Court for the **District of Puerto Rico**

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor    **FORO CREATIVO, INC**

United States Bankruptcy Court for the **District of Puerto Rico**

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 206H
# Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor **FORO CREATIVO, INC**

United States Bankruptcy Court for the **District of Puerto Rico**

Case number
(If known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)

☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☒ Schedule H: Codebtors (Official Form 206H)

☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206 - Summary)

☐ Amended Schedule

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration **Statement of Financial Affairs (Official Form 207), Statement of Corporate Ownership, Verification of Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

/s/ JORGE GARCIA
Signature of individual signing on behalf of debtor

12/31/2015
MM / DD / YYYY

JORGE GARCIA
Printed name

PRESIDENT
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor    **FORO CREATIVO, INC**

United States Bankruptcy Court for the **District of Puerto Rico**

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 207

### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **12/15**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br><br>Check all that apply | Gross revenue<br><br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/2015 to Filing date | ☒ Operating a business<br>☐ Other: | $642,986.00 |
| **For prior year:** | From 01/2014 to 01/2015 | ☒ Operating a business<br>☐ Other: | $381,263.00 |
| **For the year before that:** | From 01/2013 to 01/2014 | ☒ Operating a business<br>☐ Other: | $448,085.00 |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers.including expense reimbursements.to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225.00. (This amount may be adjusted on 04/01/2016 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225.00. (This amount may be adjusted on 04/01/2016 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property.by sale, trade, or any other means.made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

## Part 7:   Previous Locations

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor    FORO CREATIVO, INC                                              Case number:

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ None

| Part 8: | **Healthcare Bankruptcies** |
|---------|------------------------------|

**15. Healthcare bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Part 9: | **Personally Identifiable Information** |
|---------|------------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained:

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit and for which the debtor serves(d) as plan administrator?**

☒ No. Go to part 10
☐ Yes. Fill in this information

| Part 10: | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|----------|----------------------------------------------------------------------|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|----------|-----------------------------------------------------------------------|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Part 12: | **Details About Environmental Information** |
|----------|---------------------------------------------|

For the purpose of Part 12, the following definitions apply:
- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

Debtor   FORO CREATIVO, INC                                                    Case number:

- Hazardous material means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒ No
    ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No
    ☐ Yes. Provide details below.

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No
    ☐ Yes. Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name and address | Describe the nature of the business | Employer identification number<br>Do not include Social Security Number or ITIN<br><br>Dates business existed |
|---|---|---|
| FORO CREATIVO, INC<br>PUERTO NUEVO<br>1576 ENCARNACION 2nd FLOOR<br>San Juan, PR  00920 | SALES OF ARTICLES & SERVICES WITH DISCOUNT<br>(Corporation) | 66-0518966<br><br>12/07/1994 to 11/30/2015 |

26. **Books, records, and financial statements**

    26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

        ☒   None

    26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

        ☒   None

    26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

        ☒   None

    26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case

        ☒   None

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☒ No
    ☐ Yes. Give the details about the two most recent inventories.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case**

☒ None

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name and address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|
| **29.1** JORGE FUSARO RODRIGUEZ PO BOX 11614 Guaynabo, PR 00970 | SECRETARY/TREASURER | 2009 to 2015 |
| **29.2** JORGE GARCIA P O BOX 11960 San Juan, PR 00922 | Shareholder | 1994 to 2015 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

**Part 14:**     Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ JORGE GARCIA                                                    12/31/2015
PRESIDENT, authorized representative of FORO CREATIVO, INC          MM/DD/YYYY

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**
☒ No
☐ Yes

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

**Fill in this information to identify the case:**

Debtor **FORO CREATIVO, INC**

United States Bankruptcy Court for the **District of Puerto Rico**

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement disclosing additional payments or agreements as of

## Form BKA-2030
# Disclosure of Compensation of Attorney for Debtor

**12/15**

Use this procedural form, if desired, to disclose the matters enumerated in 11 U.S.C. § 329 and Fed. R. Bankr. P. 2016(b).

Disclosure is required within 14 days after the order for relief or another time as the court may direct. A supplemental disclosure is required within 14 days after any payment or agreement not previously disclosed.

Attach a copy of the retainer agreement, if any.

| Part 1: | Compensation |
|---|---|

For legal services, I have agreed to accept ........................... **$2,300.00**

Prior to the filing of this statement I have received
    Retainer for legal services................................ **$2,300.00**

    Retainer for expenses, including the court filing fee ...... **$335.00**

Balance Due ...................................................... **$0.00**

2. The source of the compensation paid to me was:

☐ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

☐ Debtor ☐ Other (specify) ☒ N/A

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

| Part 2: | Services |
|---|---|

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy.

b. Preparation and filing of any petition, schedules, statement of affairs and plan that may be required.

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters.~~

e.

f.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**(None)**

7. A copy of my retainer agreement ☐ is   ☒ is not attached.

---

**Part 3:**   **Certification**

I certify that the foregoing is a complete statement of any agreement  or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

/s/ WILBERT LOPEZ MORENO                                         12/31/2015
WILBERT LOPEZ MORENO (WILBERT LOPEZ MORENO P.S.C.)              Date

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

# United States Bankruptcy Court

## District of Puerto Rico
## Old San Juan Division

In re: **FORO CREATIVO, INC**                                    Case No.

## VERIFICATION OF CREDITOR MATRIX

I(we) verify that the attached list of creditors and the matrix file to be uploaded in this case
are true and complete to the best of my(our) knowledge.


/s/ JORGE GARCIA_____        12/31/2015_____
JORGE GARCIA
PRESIDENT of FORO CREATIVO, INC                               Date

BkAssist® Software Copyright© 2010-2015 by Walter Oney. All rights reserved.

```
5.4 SPA
URB MONTEMAR 8
AGUADA, PR  00602


AGELORUM MED
BO BRENAS
CARR 693 171
DORADO, PR  00646


AJIMIJITO RESTAURANT
BO DONA ELENA ABAJO
CARR 167 KM 1.7
COMERIO, PR  00782


AVENTURA CUEVA VENTANA
BO HATO VIEJO
CARR 10 KM 7.5
ARECIBO, PR  00612


AVIONES RESTAURANT
BO HELECHAL
CARR 143 KM 5.7
BARRANQUITAS, PR  00794


BASIL PIZZA
EDIF BORINQUE TOWERS II
AVE ROOSEVELT LOCAL 28
SAN JUAN, PR  00920


BIODERMAL AESTHETIC
161 EDIF  PONCE DE LEON
SUITE 206
SAN JUAN, PR  00927


CARIBE ADVENTURE
CARR 111 INT 602
ANGELES, PR  00611


CENTRO DENTAL FAMILIAR
CENTRO COMERCIAL LAS CUMBRES
LOCAL 3
SAN JUAN, PR  00926


CLUB CALA
50 CUB CALA DRIVE
HUMACAO, PR  00792
```

CORAL BY THE SEA
2 CALLE ROSA
CAROLINA, PR  00979

COUNTRY CLUB PET SHOP
COUNTRY CLUB
GJ 6 AVE CAMPO RICO
CAROLINA, PR  00982

CUPEY BOWLING
359 AVE SAN CLAUDIO ESQ CARR 176
SAN JUAN, PR  00926

DANDY ESTETICA LASER
54 CALLE BETANCES
AGUADILLA, PR  00603

DRAGON CAR PERFORMANCE
MC 6 AVE ITURREGUI
LOCAL 1
CAROLINA, PR  00982

ECO AVENTURA MONTANA
CARR 111 KM 48.1
ANGELES, PR  00611

EL BUEN MOFONGO
CARR 2 KM 68.2
ARECIBO, PR  00612

EL RINCON QUE NO CONOCES
PLAZA OLMEDO
AVE LOMAS VERDES
BAYAMON, PR  00956

ESSENCE DANCE
PAGAN BUILDING PLAZA STE B 1
57 CALLE LOIZA
SAN JUAN, PR  00913

EURO BOUTIQUE
98 AVE FDEZ JUNCOS
PIER 8
SAN JUAN, PR  00906

EURODERM SPA
EDIF CONDADO REAL
142 CALLE DEL PARQUE
SAN JUAN, PR  00911

FUN CAT SAILING CATAMARAN
VILLA MARINA PIER D
FAJARDO, PR  00738

GO HIKING
P O BOX 578
BARRANQUITAS, PR  00794

GOLDEN CHOPSTICKS REST
EDIF ASTOR LOCAL 1 B
1018 AVE ASSFORD
SAN JUAN, PR  00907

HACIENDA RECREATIVA MAR CHIQUITA
TIERRAS NUEVAS
CARR 685 KM 5.2
MANATI, PR  00674

HADASSA SALON
652 AVE SAN PATRICIO
GUAYNABO, PR  00969

HOTEL PERISHIS
JOYUDA
CARR 102 KM 14.3
CABO ROJO, PR  00623

HOTTLES FRESH FOOD
REPT RODRIGUEZ EMA SOLER 11
AVE ISLA VERDE
CAROLINA, PR  00979

JUNGLEQUI
BO BARCELONA
CARR 191
RIO GRANDE, PR  00745

JZ VACATION
P O BOX 226336
MIAMI, FL  33222

```
KAYAK ADVENTURE
EMBARCADERO LAGO DOS BOCAS
CARR 123
ANGELES, PR  00611


LAS BAMBUAS GOLF COURSE
P O BOX 366638
SAN JUAN, PR  00936


LASSE ESTHETIC CENTER
TORRE PLAZA LAS AMERICAS
SUITE 612 PISO 6
SAN JUAN, PR  00918


LIBRAS STEAKHOUSE
17 AVE ISLA VERDE
CAROLINA, PR  00979


MAMBRU AUTO SERVICE
URB VILLA REAL
G 3 CALLE 5
VEGA BAJA, PR  00693


MARIMER FREIRE
201 DORADO DEL MAR BOULEVARD
DORADO, PR  00646


MI SALON SALA DE BELLEZA
CAGUAS NORTE
AB 13 CALLE NEBRASKA
CAGUAS, PR  00725


MONTEFRIO PARQUE FAMILIAR
BO MINILLAS
CARR 831 KM 6.5
BAYAMON, PR  00956


PASEO VETERINARY
CARR 199 KM 15.4
326 CUPEY
SAN JUAN, PR  00926


PAY PAL
2211 N 1ST ST
SAN JOSE, CA  95131
```

PR NATURE AND ADVENTURE
1221 AVE JESUS T PINERO
SAN JUAN, PR 00920

PURE ADVENTURE
CARR 987 KM 5
CEIBA, PR 00735

RACKSPACE
1 FANATICAL PLACE
CITY OF WINDCREST
SAN ANTONIO, TX 78218

RANCHO JULIO ROSA
CARR 111 KM 52.2
UTUADO, PR 00641

RED GINGER
EL SENORIAL
147 AVE WINSTON CHURCHILL
SAN JUAN, PR 00926

REST HISTORICO PUENTE
999 CALLE LA ESTACION
RAMAL 4484 KM 1.9
QUEBRADILLAS, PR 00678

SAL PA FUERA SOUTH BEACH
2442-2444 CALLE LOIZA
THE PLAZA SHOPPING CENTER
SAN JUAN, PR 00913

SENDGRID
1401 WALNUT ST 500
BOULDER, CO 80302

TONITOS AUTO CORP
BO FRAILES LLANO
CARR 169 KM 5.2
GUAYNABO, PR 00970

VIP MEDIA
289 AVE JESUS T PINERO
SAN JUAN, PR 00918